Nicholas Maietta, Appellant, v. The Cleveland, Cincinnati, Chicago and St. Louis Railway Company, Respondent.—Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion.

Waterman A. Taft, as Receiver of the Export Lumber Company, Limited, Respondent, v. The South Brooklyn Saw Mill Company and Others, Appellants, Impleaded with Charles E. Rogers and Others.—Judgment affirmed, with costs. No opinion.

David Goldberg, Respondent, v. Cooper-Wigand-Cooke Company, Appellant. —Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $3,614.84, including costs, etc., in which event judgment as so modified and order affirmed, without costs. No opinion. (Ingraham, J., dissenting on the ground that the judgment should be reversed for error in the charge.) Settle order on notice.

Johanna Doherty, Appellant, v. Otto Doepfner, Respondent.—Judgment affirmed, with costs. No opinion. (Patterson, P. J., dissenting.)

The People of the State of New York ex rel. Frederick G. Parker, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.—Writ dismissed and proceedings affirmed, with costs. No opinion.

Maldonado & Company, Respondent, v. Frank B. Espen and Others, Doing Business under the Firm Name and Style of Espen, Stewart & Loeb, Appellants. —Judgment and order affirmed, with costs. No opinion.

Elias Randel, Appellant, v. Louis Frank, Respondent.—Judgment affirmed, with costs. No opinion.

Andrew Freedman, Respondent, v. Maryland Casualty Company, Appellant. —Judgment and order affirmed, with costs. No opinion.

Frederick Randall, Appellant, v. Thomas P. Kinsley, Respondent.—Judgment and order affirmed, with costs. No opinion.

Bella Lappert, Respondent, v. Consolidated Telegraph and Electrical Subway Company, Appellant.—Judgment and order affirmed, with costs. No opinion. (Scott, J., dissenting.)

Harris H. Uris, Respondent, v. Brackett Realty Company and Empire State Surety Company, Appellants.—Judgment affirmed, with costs. No opinion.

Herman J. Held, Respondent, v. Franklin Brewing Company, a Domestic Corporation, Appellant.—Judgment and order affirmed, with costs. No opinion.

Michele D'Amelio, Respondent, v. Jacob Abraham and Morris Abraham, Appellants, Impleaded with Joseph McEvoy.—Judgment affirmed, with costs. No opinion.

Elizabeth Reich, Respondent, v. Eva M. B. Lane, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Elizabeth Reich, Respondent, v. E. W. Bliss Buildings, Incorporated, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Alvin J. Donally and Edward W. Dean, Plaintiffs, v. Robert J. Dean, Defend-